UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARYISE L. EARL,

    Plaintiff,

v.                               Case No. 10-CV-247

RACINE COUNTY JAIL, ROBERT D. CARLSON,
JAMES SHERIFF, SGT. JENNINGS,
and JOHN DOES,

    Defendants.

## ORDER

Plaintiff has filed a motion to compel discovery. He contends that defendants provided incomplete and evasive responses to his discovery requests. However, the interrogatories and production of document requests and defendants' responses thereto, which plaintiff filed along with the motion, reveal that defendants thoroughly responded to all relevant discovery requests. (Pl.'s Mot. to Compel, Ex. B.) Hence, plaintiff's motion will be denied.

Plaintiff also seeks additional time to file a dispositive motion. This motion will be granted. Finally, plaintiff shall file his response to defendants' motion for summary judgment within thirty days.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel (Docket No. 37) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to extend the dispositive motion filing deadline (Docket No. 37) is **GRANTED**. Plaintiff may file a dispositive motion on or before **February 23, 2012**.

**IT IS FURTHER ORDERED** that plaintiff file a response to defendants' motion for summary judgment by **February 23, 2012**.

Dated at Milwaukee, Wisconsin, this 25th day of January 2012.

s/_____
LYNN ADELMAN
District Judge