UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARYISE L. EARL,

    Plaintiff,

v.                                          Case No. 10-CV-247

RACINE COUNTY JAIL, ROBERT D. CARLSON,
JAMES SHERIFF, SGT. JENNINGS,
and JOHN DOES,

    Defendants.

## ORDER

Plaintiff Daryise L. Earl has filed a motion for reconsideration of my decision and order granting the defendants' motion for summary judgment. Having considered all arguments made in Earl's motion for reconsideration, I conclude that my original decision was correct. Accordingly, Earl's motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2012.

                                                      s/ Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge